IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEYTON DESKEVICH, | No. 4:20-CV-01387 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SPIRIT FABS, INC., VALLEY DRAFTING, INC., FIRST QUALITY TISSUE, LLC, and JACOBS ENGINEERING GROUP, INC., | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss, Doc. 10 is **GRANTED IN PART** and **DENIED IN PART**. The motion is denied as to Count XXXVI, and is granted as to Counts XXXVII-XLII.

2. Plaintiff may file an amended complaint by December 28, 2020. If no amended complaint is filed by that date, Counts XXXVII-XLII will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge