## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEYTON DESKEVICH, | No. 4:20-CV-01387 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SPIRIT FABS, INC. *et al.*, | |
| Defendants. | |

### <u>ORDER</u>

**AND NOW**, this 9th day of March 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that West Bend Mutual Insurance Co.'s motion to intervene (Doc. 30), is **DENIED**.

BY THE COURT:

<u>s/ Matthew W. Brann</u>
Matthew W. Brann
United States District Judge