**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PEYTON DESKEVICH, | No. 4:20-CV-01387 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SPIRIT FABS, INC., *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 4th day of June 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Jacobs' motion to dismiss (Doc. 75) is **GRANTED**.

2. Counts XVII-XXII of the second amended complaint are dismissed with prejudice.

3. Jacobs shall file an answer to the remaining counts of the second amended complaint on or before June 25, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge